# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| DOLLYE L. JACKSON, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0166-CG-M |
| VAUGHN REGIONAL MEDICAL CENTER, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE and ORDERED** this 1st day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE